[No. 43622-1-II.   Division Two.   January 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHHANTARN REAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03834-5, Kathryn J. Nelson, J., entered June 21, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 43691-4-II.   Division Two.   January 22, 2014.]

DIANE DUMOND ET AL., *Appellants*, v. VIETNAMESE BAPTIST CHURCH OF TACOMA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-08201-1, Edmund Murphy, J., entered June 15, 2012. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 43813-5-II.   Division Two.   January 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS WADE NEWSOME, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00571-5, Nelson E. Hunt, J., entered July 11, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Maxa, J.

[No. 44042-3-II.   Division Two.   January 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DEDRICK DEMOND THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-00219-9, Frank E. Cuthbertson, J., entered October 5, 2012. *Remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ.